# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Reliance Standard Life Insurance Co | 12/7/2022 | 266453 | Check | $ 58,415.85 |
| Akorn Operating Company, LLC | Reliance Standard Life Insurance Co | 1/6/2023 | 266943 | Check | $ 31,155.20 |
| Akorn Operating Company, LLC | Reliance Standard Life Insurance Co | 1/12/2023 | 267022 | Check | $ 171,258.24 |
| | | | | | $ 260,829.29 |